**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason James EYER, Defendant–Appellant.**

**No. 13–10187.**

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2013.

Jeffrey W. Davis, Dahil Dueno Goss, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Lawrence Jason Zimmerman, The Law Office of Lawrence Zimmerman, Atlanta, GA, for Defendant–Appellant.

Jason James Eyer, Oakdale, LA, pro se.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Lawrence J. Zimmerman, appointed counsel for Jason James Eyer in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Eyer's conviction and sentence are **AFFIRMED**.